Filing # 131189246 E-Filed 07/22/2021 10:58:13 AM

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

**REBEKAH S. JOHNSON,**

    **Plaintiff,**

vs.                                CASE NO.

**CIRCLE K STORES, INC.,**

    **Defendant.**
_____/

### COMPLAINT

Plaintiff, **REBEKAH S. JOHNSON** by and through the undersigned attorney, hereby sues Defendant, **CIRCLE K STORES INC**, and alleges:

### COMMON ALLEGATIONS

1. This is an action for damages which exceed $100,000.00.

2. At all times material hereto, Defendant, **CIRCLE K STORES INC**, was a Florida Corporation conducting business in St. Petersburg, Pinellas County, Florida.

3. At all times material hereto, Defendant, **CIRCLE K STORES INC**, was a foreign corporation conducting business in St. Petersburg, Pinellas County, Florida.

4. On or July 25, 2017, Plaintiff, **REBEKAH S. JOHNSON** entered, as a business invitee, CIRCLE K STORE 5756 Central Avenue North, St. Petersburg, Florida, Pinellas County.

5. At that time and place, Defendant **CIRCLE K STORES INC.**, was responsible for the cleaning, care, and maintenance of **CIRCLE K STORE**, including cleaning the floors of the common areas,

6. At that time and place, Defendant **CIRCLE K STORES, INC.**, was the owner of the property and also responsible for the cleaning, care, and maintenance, including the cleaning of the floors and the common areas.

7. Plaintiff, **REBEKAH S. JOHNSON**, slipped at the fountain drink station, on liquid while in the establishment, resulting in her falling and injuring herself.

8. The spilled liquid on the floor was a dangerous condition for which Plaintiff, **REBEKAH S. JOHNSON**, had no warning.

9. The dangerous condition was known to Defendants or had existed for a sufficient length of time so that Defendants, should have known of it.

10. Defendants were negligent in at least the following manner.

(a) Failing to keep the property clean and safe for business invitees by cleaning spills of which defendants knew or should have known.

(b) Failing to inspect the common areas and have a process or procedure or regular inspection to detect dangers such as the one injuring Plaintiff, **REBEKAH S. JOHNSON**.

(c) Failing to warn Plaintiff, of the hazardous condition on the walking area; and

(d) Failing to provide a safe environment for Plaintiff.

11. As a result of the aforesaid negligence, Plaintiff, **REBEKAH S. JOHNSON**, has suffered bodily injury and resulting in pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, and treatment, and/or aggravation of a previously existing condition. The losses are either permanent or continuing, Plaintiff, **REBEKAH S. JOHNSON**, will suffer the losses in the future. Some o all of the injuries sustained are permanent within a reasonable degree or medical probability. Alternatively, and/or in addition, Plaintiff

has significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

**WHEREFORE**, the Plaintiff, **REBEKAH S. JOHNSON**, by and through the undersigned counsel, demands judgment against the Defendant, **CIRCLE K STORES, INC**, for damages, costs, interest, prejudgment interest, and any other relief this Court deems appropriate.

### JURY TRIAL DEMAND

Plaintiff, **REBEKAH S. JOHNSON**, hereby requests a jury trial on all issues so triable.

Dated: July 22, 2021.

*/s/ Robert W. Hitchens*

Robert W. Hitchens, Esquire
HITCHENS & HITCHENS, P.A.
6464 First Avenue North
St. Petersburg, FL 33710
Primary Email: robert@hitchenslaw.com
Secondary Email: christyn@hitchenslaw.com
Phone: (727) 345-3788
Facsimile: (727) 347-7115
FBN: 0642894; SPN: 02465153